AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| Geoffrey Lewis <br><br> *Plaintiff(s)* <br> v. <br> El Ad US Holding, Inc. d/b/a El Ad Group, El-Ad National Properties LLC, El-Ad National 2016 LLC, Yellowstone Portfolio LLC, Star Real Estate Ventures LLC, Eyal Rabinovitz, and EDR Capital <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-9129 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  El-Ad National 2016 LLC
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Yankwitt LLP
140 Grand Street, Suite 700
White Plains, New York 10601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/02/2024

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*